UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                    Case No. 8:09-bk-19033-KRM
MICHAEL KUMBAT
LORI KUMBAT                                Chapter 13
Debtor                    /

### ORDER GRANTING DEBTOR'S MOTION TO DETERMINE SECURED STATUS OF SUNTRUST BANK AND TO STRIP LIEN EFFECTIVE UPON DISCHARGE & AWARD OF ADDITIONAL ATTORNEY FEES

THIS CASE came on for consideration of the Debtor's Motion to Determine Secured Status of **SunTrust Bank** and to Strip Lien (Verified Motion to Strip Lien of SunTrust Bank and for Determination that Claim is Unsecured) (Doc. No. 45) pursuant to negative notice provisions of Local Rule 2002-4. The real property (1280 Glendale Dr., Dunedin, FL 34698) that is the subject of the Motion is located at **1280 Glendale Dr., Dunedin, FL 34698,** and is more particularly described as follows:

AMBERLEA UNIT 3 LOT 221

The Court, considering the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, (teems the Motion to be uncontested. Accordingly, it is

ORDERED:

1.       The Motion is GRANTED.

2.       Claim No. 13 filed by SunTrust Bank shall be treated as an unsecured claim in this Chapter 13 case.

3.      The mortgage on the Real Property held by **SunTrust Bank**

recorded on **January 12, 2007**, at **Book 15584, Pages 371, Instrument No. 2007015091** of

the official records of Pinellas County, Florida, shall be deemed void, and shall be

extinguished automatically, without further court order, upon entry of the Debtor's

discharge in this Chapter 13 case provided, however, that the Court reserves jurisdiction

to consider, if appropriate, the avoidance of **SunTrust Bank's** mortgage lien

prior to the entry of the Debtor's discharge.


4.      This Order does not prohibit **SunTrust Bank** from asserting, at

any time prior to the lien being avoided based on this Order and upon entry of the

Debtor's discharge, any rights it may have as a defendant in any foreclosure, proceeding

brought by a senior mortgagee, including the right to claim excess proceeds from any

foreclosure sale.


5. Counsel is awarded $250.00 for bringing forward this Motion.


April 09, 2010

DONE and ORDERED in Chambers at Tampa, Florida, on_____

_____
K. Rodney May
United States Bankruptcy Judge


Copies furnished to:
Jay M. Weller, 18820 US Highway 19 N, #200, Clearwater, FL 33764
Michael & Lori Kumbat, 1280 Glendale Dr., Dunedin, FL 34698
SunTrust Bank, 26627 US Highway 19 N, Clearwater, FL 33761
Corporate Creations Network, Inc, Agent for SunTrust Bank, 11380 Prosperity Farms Rd., #221E, Palm Beach Gardens, FL 33410
Elisha Spencer, Claimant for SunTrust Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23286
James M. Wells, CEO of SunTrust Bank, 303 Peachtree St., 30th Floor, Atlanta, GA 30308